**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6043**

———————

PHILLIP ERNEST DIXON,

Plaintiff - Appellant,

versus

DOCTOR ALEXANDER, Head of Psychiatric
Department,

Defendant - Appellee,

and

MS. MENDOZA, Hospital Administrator; MR.
NORWOOD, A/W Operations; KATHLEEN HAWK-SAWYER,
Director, Bureau of Prisons; JOSEPH BROOKS,
Warden,

Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-03-231)

———————

Submitted: May 18, 2005            Decided: June 6, 2005

———————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Phillip Ernest Dixon, Appellant Pro Se.  Dennis Carl Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Phillip Ernest Dixon appeals the district court's order denying relief on his action under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Dixon v. Alexander</u>, No. CA-03-231 (E.D. Va. Nov. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>